UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                  :     CASE NO 07-14349
                                              CHAPTER 13
TONY O. WILLIAMS
NAISHA N. WILLIAMS                      :     JUDGE BURTON PERLMAN
     DEBTORS
                                        :     NOTICE OF TRANSMITTAL OF
                                              UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 918854 | $163.88 |

Creditor(s)
SALLIE MAE GUARANTEE SERVICES
P.O. BOX 6180
INDIANAPOLIS, IN 46206


    Respectfully submitted,

/s/   Margaret A. Burks, Esq.
     Margaret A. Burks, Esq.
     Chapter 13 Trustee
     Attorney No. OH 0030377

     Francis J. DiCesare, Esq.
     Staff Attorney
     Attorney No. OH 0038798

     Karolina F. Perr, Esq.
     Staff Attorney
     Attorney No. OH 0066193

     600 Vine Street, Suite 2200
     Cincinnati, OH 45202
     (513) 621-4488
     (513) 621 2643 (Facsimile)
     mburks@cinn13.org - Correspondence only
     fdicesare@cinn13.org
     kperr@cinn13.org
     cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, April 18, 2012.

                                                      /s/     Margaret A. Burks, Esq.
                                                                   Margaret A. Burks, Esq.

SALLIE MAE GUARANTEE SERVICES
P.O. BOX 6180
INDIANAPOLIS, IN 46206

Debtor(s) Counsel
JOHN W. ROSE, ESQ.
632 VINE STREET
SUITE 305
CINCINNATI, OH 45202

Debtor(s)
TONY O. WILLIAMS
NAISHA N. WILLIAMS
11518 IMHOFF COURT
CINCINNATI, OH 45240

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)